UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN MAURICE ROWE, and EAST COAST PLASTIC SURGERY, PC, <br><br>        Plaintiffs, <br><br>    v. <br><br> AETNA HEALTH AND LIFE INSURANCE COMPANY, <br><br>        Defendants. | 23-cv-1373 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

  By a scheduling order entered May 12, 2023, *see* Dkt. 13, fact discovery in this action was set to close on September 12, 2023. The Court further ordered that it would hold a post-fact discovery conference on September 15, at 2:30 p.m., with a joint letter due to the Court on September 8. That letter was to update "the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action." Dkt. 13 at 2. As of today's date, no such letter has been filed.

  Accordingly, the parties shall file their joint letter no later than September 15, and the post-fact discovery conference is hereby adjourned to September 22, 2023, at 2:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. Should this present a conflict for either party, they may seek further adjournment by letter motion.

SO ORDERED.

Dated:  September 12, 2023
     New York, New York

                   Hon. Ronnie Abrams
                   United States District Judge