USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORMAN MAURICE ROWE, MD, MHA, LLC and EAST COAST PLASTIC SURGERY, PC,

               Plaintiffs,

-against-

AETNA HEALTH AND LIFE INSURANCE COMPANY,

               Defendant.

23-CV-01373 (MMG) (OTW)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Wang will proceed as ordered. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 29, 2024
       New York, New York

                                         SO ORDERED.

                                         MARGARET M. GARNETT
                                         United States District Judge