USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/24/2025__

Partners:
Lev J. Lewin, Esq.
Michael P. Baglio, Esq.

...unselors at Law

1100 Shames Drive
Suite 100
Westbury, NY 11590
(516) 307-1777 (Office)
(516) 307-1770 (Fax)

January 22, 2025

> Application GRANTED. Judge Wang's January 14, 2025 Report & Recommendation (Dkt. No. 37) provides that Plaintiffs may file any objections to that Order and to Judge Wang's January 13, 2025 Report & Recommendation (Dkt. No. 30) by January 28, 2025. See Dkt. No. 37 at 5. The time to file objections to either or both of Judge Wang's Report and Recommendations is extended to **January 31, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 38.
> SO ORDERED. Date: 1/24/2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C. & EAST COAST PLASTIC SURGERY, P.C. against AETNA LIFE INSURANCE COMPANY; 1:23-cv-01373-MMG-OTW; REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Your Honor:

Lewin & Baglio, LLP, represents the Plaintiff(s) in the above matter. We write to request an extension of our time to submit objections to Magistrate Judge Wang's Report and Recommendation ("R +R) issued of January 14, 2025, which reconsidered her R+R of January 13, 2025.

Plaintiffs' objections to Magistrate Judge Wang's R + R of January 14, 2025, are due January 28, 2025. We seek to extend that time to January 31, 2025. This is Plaintiffs' first request for an extension of time. Counsel for Defendant takes no position regarding this request.

Lewin & Baglio, LLP, is available at the Court's convenience to answer any questions concerning this request.

Respectfully,

By: Brendan J. Kearns
Lewin & Baglio, LLP
Attorneys for Plaintiffs

CC: All Counsel via ECF

L&B File No.: 2125.COM.89 (F)