**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NORMAN MAURICE ROWE and EAST COAST PLASTIC SURGERY, PC,

Plaintiff,

-against-

AETNA HEALTH AND LIFE INSURANCE COMPANY,

Defendant.

-----------------------------------------------------------------X

23 **CIVIL** 1373 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 25, 2026, the R & R and Reconsideration Order are ADOPTED IN FULL. Plaintiffs' complaint is DISMISSED WITH PREJUDICE without leave to amend. Accordingly, judgment is hereby entered in favor of Aetna and this case is closed.

**Dated:** New York, New York

August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**